IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>GEORGE BING TONKS )<br>a/k/a IAN WILLIAM STONE, )<br>)<br>Defendant. ) | No. CR 07-86-LRR<br><br>COUNTS 1-19<br>18 U.S.C. §§ 1343 and 2: WIRE FRAUD |

## INDICTMENT

The Grand Jury charges:

### A. The Scheme to Defraud.

1. Beginning sometime as early as July 2002, and continuing through at least June 2003, the exact dates unknown, in the Northern District of Iowa and elsewhere, the defendant, GEORGE BING TONKS, a/k/a IAN WILLIAM STONE, and others both known and unknown to the grand jury (hereafter referred to collectively with defendant as "co-schemers"), knowingly executed, attempted to execute, caused, and aided, abetted, commanded, induced and procured the execution of a scheme and artifice to defraud and to obtain money by means of false and fraudulent representations and promises from an elderly woman who lives in the Northern District of Iowa.

### B. Execution of the Scheme and Artifice to Defraud

2. As part of this scheme and artifice, the co-schemers fraudulently represented to this elderly woman, via telephone, that she had won a large cash lottery/sweepstakes prize but she needed to pay taxes and other advance fees up front before her winnings could be sent to her. In truth, and in fact, as the co-schemers well knew, this elderly woman had not won a sweepstakes prize and did not owe any taxes or other advance fees. Rather, when the elderly woman sent money to the co-schemers for the purported taxes and fees, the co-schemers simply kept the money for their own benefit.

3. The co-schemers contacted this elderly woman by telephone and fraudulently directed her to wire cash payments for these purported taxes and advance fees to the co-schemers in the New York City, New York area. The co-schemers knowingly and fraudulently advised this elderly lady to use wire cash transfer services such as Western Union and Money Gram. On some occasions, the co-schemers knowingly and fraudulently advised this elderly lady to send the money using a name other than her own. The co-schemers knowingly, fraudulently, and falsely represented and promised the elderly woman that once the taxes and advance fees were paid, the sweepstakes cash prize would be sent to her.

4. In an effort to prevent the discovery of their scheme by law enforcement, the co-schemers fraudulently instructed the elderly lady not to tell anyone, including law enforcement, about her purported sweepstakes win, representing that doing so would

2

negate her eligibility for the cash prize. The co-schemers also fraudulently instructed the elderly lady not to keep the receipts she received when she wired cash to them.

5. The co-schemers provided this elderly woman with various individuals' names to whom she was directed to wire the funds to cover the purported taxes and advance fees on her non-existent lottery/sweepstakes winnings. This elderly woman then wired the money as directed, thinking she was paying the necessary taxes and advance fees as fraudulently represented by the co-schemers. The named recipients of these wires went to a Western Union or Money Gram location in the New York City, New York, area and pick up the defrauded funds.

6. From about August 2002 through June 2003, the co-schemers defrauded this elderly woman out of over $200,000 by causing and receiving approximately 58 separate interstate money wire transfers. In doing so, the co-schemers fraudulently convinced the elderly woman to send additional funds by falsely and fraudulently representing that the taxes and other advance fees had not been completely paid.

### C. The Interstate Wire Transfers

7. From locations within the Northern District of Iowa and elsewhere on or about the following dates, defendant GEORGE BING TONKS, a/k/a IAN WILLIAM STONE, and others both known and unknown to the grand jury, for the purpose of executing, attempting to execute, causing the execution, and aiding, abetting, commanding, inducing, and procuring the execution of the scheme and artifice to defraud and to obtain money by means of false and fraudulent representations and

promises from this elderly woman and purported winner of a fabricated lottery/sweepstakes prize, did knowingly cause to be sent the following writings, signs, signals, and sounds which were transmitted in interstate commerce by means of wire communication:

| COUNT | DATE | INTERSTATE WIRE |
|---|---|---|
| One | 12/20/02 | $4,000 MoneyGram money wire transfer, reference number 46643985, sent from Waterloo, Iowa to Brooklyn, New York. |
| Two | 12/23/02 | $4,000 MoneyGram money wire transfer, reference number 81466080, sent from Waterloo, Iowa to Brooklyn, New York. |
| Three | 12/30/02 | $4,500 MoneyGram money wire transfer, reference number 47846148, sent from Waterloo, Iowa to Brooklyn, New York. |
| Four | 12/31/02 | $3,500 MoneyGram money wire transfer, reference number 01912129, sent from Waterloo, Iowa to Brooklyn, New York. |
| Five | 4/23/03 | $3,000 MoneyGram money wire transfer, reference number 83877107, sent from Waterloo, Iowa to Brooklyn, New York. |
| Six | 4/28/03 | $6,000 MoneyGram money wire transfer, reference number 14817430, sent from Waterloo, Iowa to Brooklyn, New York. |
| Seven | 5/09/03 | $6,000 MoneyGram money wire transfer, reference number 96317979, sent from Waterloo, Iowa to Brooklyn, New York. |

| COUNT | DATE | INTERSTATE WIRE TRANSFER |
|---|---|---|
| Eight | 5/13/03 | $8,000 MoneyGram money wire transfer, reference number 27129402, sent from Waterloo, Iowa to Brooklyn, New York. |
| Nine | 5/14/03 | $5,000 MoneyGram money wire transfer, reference number 46046126, sent from Waterloo, Iowa to Brooklyn, New York. |
| Ten | 5/27/03 | $4,000 Western Union money wire transfer, money transfer control number 8715000115, sent from Hudson, Iowa to Brooklyn, New York. |
| Eleven | 5/27/03 | $4,000 Western Union money wire transfer, money transfer control number 8715000225, sent from Hudson, Iowa to Brooklyn, New York. |
| Twelve | 5/29/03 | $4,000 Western Union money wire transfer, money transfer control number 8711808501, sent from Waterloo, Iowa to Brooklyn, New York. |
| Thirteen | 5/29/03 | $4,000 Western Union money wire transfer, money transfer control number 8714330352, sent from Waterloo, Iowa to Brooklyn, New York. |
| Fourteen | 6/02/03 | $4,000 Western Union money wire transfer, money transfer control number 8717035380, sent from Hudson, Iowa to Brooklyn, New York. |
| Fifteen | 6/02/03 | $4,000 Western Union money wire transfer, money transfer control number 8711964811, sent from Hudson, Iowa to Brooklyn, New York. |

| COUNT | DATE | **INTERSTATE WIRE TRANSFER** |
|-------|------|------------------------------|
| Sixteen | 6/05/03 | $4,250 Western Union money wire transfer, money transfer control number 8715111729, sent from Cedar Rapids, Iowa to Brooklyn, New York. |
| Seventeen | 6/9/03 | Telephone call from a co-schemer in Brooklyn, New York, to the elderly woman in Clutier, Iowa. |
| Eighteen | 6/10/03 | Telephone call from a co-schemer in Brooklyn, New York, to the elderly woman in Clutier, Iowa. |
| Nineteen | 6/11/03 | Telephone call from a co-schemer in Brooklyn, New York, to the elderly woman in Clutier, Iowa. |

This in violation of Title 18, United States Code, Sections 1343 and 2.

MATT M. DUMMERMUTH
United States Attorney

*[signature]*

IAN K. THORNHILL
Assistant United States Attorney

A TRUE BILL

*[signature]*
FOREPERSON

9/19/07
Date