# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR07-0086LRR |
| vs. | |
| GEORGE BING TONKS, | ORDER |
| Defendant. | |

The matter before the court is the defendant's motion to investigate and commence prosecution (docket no. 45). The defendant filed such motion on November 10, 2009. The government did not file a resistance, and the court did not order it to do so.

This case is closed; the Eighth Circuit Court of Appeals resolved the defendant's direct appeal on July 29, 2009. Further, there are no other pending motions in the instant case, and, in light of the record, the court does not believe that it is appropriate to commence an investigation. Finally, with respect to the defendant's assertion that criminal charges should be brought against certain individuals, neither he nor the court have the authority to commence criminal proceedings. *See e.g., United States v. Armstrong*, 517 U.S. 456, 464, 116 S. Ct. 1480, 134 L. Ed. 2d 687 (1996) (making clear that it is the executive branch that retains broad discretion to enforce the Nation's criminal laws). If the defendant believes that a crime occurred, he should consult law enforcement officials, and, after conducting an investigation, those officials may consult with prosecutors to determine whether charges are warranted.

Based on the foregoing, the defendant's motion to investigate and commence prosecution (docket no. 45) is denied.

**IT IS SO ORDERED**.

**DATED** this 18th day of November, 2009.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA