# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. GEORGE BING TONKS, Defendant. | No. 07-CR-86-LRR **ORDER** |

_____

The matter before the court is Defendant George Bing Tonks's pro se Motion to Modify Conditions of Release ("Motion") (docket no. 70), which Defendant filed on June 20, 2019. In the Motion, Defendant notes that one of the conditions of his future supervised release will be that he wear a GPS tracking device. *See* Motion at 1. Defendant states that he does "not have any problems with the other conditions of . . . supervised release," but requests that the court "reconsider the condition that [he] wear a GPS tracking device[.]" *Id*. The time for challenging the terms of Defendant's supervision passed a long time ago. Defendant should have raised any challenge to the conditions of supervised release during sentencing proceedings, on direct appeal or in a timely raised collateral proceeding. To the extent that the court has the authority to modify the conditions of Defendant's supervision under any statutory provision, which includes but is not limited to 18 U.S.C. § 3583(e)(2), the court declines to do so. Accordingly, the Motion is **DENIED**.

**IT IS SO ORDERED**.

**DATED** this 12th day of July, 2019.

_____
LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA