```
TRULINCS 09650424 - TONKS, GEORGE BING - Unit: BEC-A-A
```
-----

FROM: 09650424
TO:
SUBJECT: DOJ/OIG Corruption
DATE: 07/08/2019 02:45:55 PM

Employees at the DOJ/OIG do what is right come forward and stop covering up for corrupt government officials. Help expose Kris W. Kobach, adviser to Attorney General William Barr and the President. Kobach and his former gay lover Brian J. Hamway drugged and sexually assaulted me in New York. Corrupt government officials continue to cover-up the incident. I passed a polygraph test given to me by retired FBI Agent William Kelly.

My supporters created and post to the following social media accounts to help expose the governmental misconduct that took place on my case. Sealed transcripts are available at the Clerk of Court's office for the Southern District of New York.

EVERYONE MUST READ THE FOLLOWING NOW:

BLOGSPOT

BingTonks.blogspot.com

FreeGeorgeTonks.blogspot.com

TWITTER

Twitter.com/ImpeachReade
@ImpeachReade

Twitter.com/FreeGeorgeTonks
@FreeGeorgeTonks

Twitter.com/BingTonks
@BingTonks

Twitter.com/ReleaseTonks
@ReleaseTonks

GAB

Gab.com/BingTonks
@BingTonks

INSTAGRAM

Instagram.com/BingTonks
@BingTonks

BingTonks.com

Google, and read about corrupt federal Judge Linda R. Reade and corrupt former federal prosecutor Ian K. Thornhill at: Twitter.com/ImpeachReade, Twitter.com/ReleaseTonks, Instagram.com/BingTonks

George Tonks
09650-424
Federal Correctional Institution
P.O. Box 350
Beaver, WV 25813

CHARLESTON WV 250

09 JUL 2019 PM 3 L

7/9/19
K

⇔09650-424⇔
Linda R Reade
District Court Judge
111 7TH AVE SE
5th Floor
Cedar Rapids, IA 52401-2101
United States

